1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

### SAN FRANCISCO DIVISION

11

12  NINI SHAO,

13              Plaintiff,

14      v.

15  ASIANA AIRLINES, INC.,

16              Defendant.

Case No. 14-cv-02118 NC

**SUA SPONTE JUDICIAL
REFERRAL FOR PURPOSES OF
DETERMINING RELATIONSHIP
OF CASES**

17

18      In accordance with Civil Local Rule 3-12(c), **IT IS HEREBY ORDERED** that the

19  above captioned case is referred to Judge Yvonne Gonzalez Rogers to determine whether it

20  is related to *Hector Machorro, et al. v. Asiana Airlines, Inc., et al.*, No. 13-cv-03286 YGR.

21      IT IS SO ORDERED.

22      Date: May 12, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

23
24
25
26
27
28

Case No. 14-cv-02118 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES